**Neoma E. Storm, Appellant, v. Lester F. M. Storm, Appellee.**

**Gen. No. 47,695.**

First District, Second Division.
June 9, 1959.
Rehearing denied June 26, 1959.
Released for publication June 26, 1959.

William L. Kelley, Clarence M. Dunagan, for plaintiff-appellant; William D. Sampson (Jerome Berkson, of counsel) for defendant-appellee. Opinion by JUSTICE MURPHY. Not to be published in full.